# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 726 |
| | : |
| ORDER ADOPTING RULE 242 | : CIVIL PROCEDURAL RULES DOCKET |
| OF THE PENNSYLVANIA RULES OF | : |
| CIVIL PROCEDURE | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of January, 2022, upon the recommendation of the Civil Procedural Rules Committee; the proposal having been published for public comment at 51 Pa.B. 1002 (February 27, 2021):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 242 of the Pennsylvania Rules of Civil Procedure is adopted in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. 103(b) and shall be effective April 1, 2022

    Justice Brobson did not participate in the consideration or decision of this matter.